COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 September 21, 2016
 No. 10-16-00032-CR
 
 ANDREW BRYAN ANTHONY
 v.
 THE STATE OF TEXAS
 
 
 center-4254500
 From the County Court
 Navarro County, Texas
 Trial Court No. 71225
 
--------------------------------------------------------------------------------
JUDGMENT

 This proceeding has been considered by the Court. Because the Court finds that it does not have jurisdiction of the proceeding, it is the judgment of this Court that the proceeding is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk